UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In re: Shaw, Tanya | Chapter: 13 |
| | Case Number: 13-41318 |
| Debtor(s). | Judge: Steven Rhodes |

**ORDER AWARDING PAYMENT OF PRE-CONFIRMATION ATTORNEY FEES AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO L.B.R. 9014-1 (E.D.M.) AND L.B.R. 2016-1 FROM NOVEMBER 1, 2012 THROUGH OCTOBER 8, 2013**

This matter having come on to be heard upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves applicant's fees and expenses as follows:

   | | |
   |---|---|
   | Prior award for Fees | $ 0.00 |
   | Prior award for Costs: | $ 0.00 |
   | Total award to Date: | $ 0.00 |
   | | |
   | This award for Fees: | $ 3446.50 |
   | This award for Costs: | $ 140.60 |
   | Total this award: | $3587.10 |
   | | |
   | Amount paid directly by Debtor(s) | $ 3500.00 |
   | **Balance to be paid from Chapter 13 Plan** | **$ 87.10** |
   | | |
   | GRAND TOTAL FEES AND COSTS | $3587.10 |

2. This award covers services rendered and expenses incurred from November 1, 2012 through October 8, 2013.

3. Debtor's(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.

4. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

**Signed on November 18, 2013**

          **/s/ Phillip J. Shefferly**
          **Phillip J. Shefferly**
      **Chief Bankruptcy Judge**

      **Acting in the absence of**
      **Judge Rhodes**