Form:n1213cwd

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 13−41318−mar
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Tanya Shaw
   aka Tanya Zajac
   9992 Seminole
   Redford, MI 48239

Social Security No.:
   xxx−xx−1026

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) failed to comply with the Local Form Certification Regarding Domestic Support Obligations.

Dated: 11/7/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court